## HOBBS ET AL. v. KING ET AL.

[No. 10,600.   Filed June 28, 1922.]

From Hamilton Circuit Court; *Ernest E. Cloe*, Judge.

Action between William B. Hobbs and others and Cassius M. King and others. From the judgment rendered, the former appeal. *Affirmed.*

*Thomas E. Kane* and *Gifford & Gifford*, for appellants.
*Dan Waugh, S. A. Culver, J. F. Neal* and *N. C. Neal*, for appellees.

REMY, J.—Affirmed on authority of *Willett* v. *Larch* (1920), 189 Ind. 410, 127 N. E. 546. See, also, *Rook* v. *Straus Bros. Co.* (1916), 60 Ind. App. 381, 110 N. E. 1006; *Kinniston* v. *Rarick* (1919), 71 Ind. App. 455, 125 N. E. 80; *Solimito* v. *State* (1919), 188 Ind. 170, 122 N. E. 578; *Campbell* v. *Nebeker* (1877), 58 Ind. 446.

## FRAZIER PACKING COMPANY v. GROOVER ET AL.

[No. 11,222.   Filed June 28, 1922.]

From Madison Superior Court; *Willis L. Ellis*, Judge.

Action between the Frazier Packing Company and James W. Groover and others. From the judgment rendered, the former appeals. *Affirmed.*

*Orla A. Armfield* and *Kittinger & Diven*, for appllant.
*Bartlett H. Campbell*, for appellees.

PER CURIAM.—Judgment affirmed.

## CHASTAIN ET AL. v. MASTERSON.

[No. 11,349.   Filed June 29, 1922.]

From Washington Circuit Court; *James L. Tucker*, Judge.

Action between Jacob R. Chastain and others and Thomas P. Masterson. From the judgment rendered, the former appeal. *Affirmed.*

*Elliott & Houston*, for appellants.
*Oscar K. Hobbs, Mitchell & Mitchell* and *Hottel & Mead*, for appellee.

PER CURIAM.—Judgment affirmed.